

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| SILICON GRAPHICS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action: A-07-MC-1005SS |
| | § | |
| ATI TECHNOLOGIES ULC, et al. | § | |
| | § | Related Case No. 06-C-0611-C |
| Defendant. | § | Pending Western Dist. Wisconsin |

## AGREED ORDER OF DISMISSAL

Plaintiff and Dell Inc., the subject of the subpoena at issue, have announced to the Court that they have reached agreements on all matters pending before this Court, which asked the Court for ancillary relief related to discover matters pending in the related case.

Accordingly, the above-styled and numbered cause is hereby DISMISSED, with costs adjudged against the party incurring same.

SIGNED this 3rd day of JANUARY, 2008.

_____
Hon. Sam Sparks, Judge Presiding


APPROVED IN FORM AND SUBSTANCE:

_____
Cindy Olson Bourland

Order of Dismissal Page 1 of 2

SBN 00790343
(signed with permission by Claude E. Ducloux SBN 06157500)

JoAnn Merica
Merica & Bourland
400 West 15th Street Suite 900
Austin, TX 78701
(512) 477-0100
ATTORNEYS FOR PLAINTIFF SGI


REEVES & BRIGHTWELL

*[signature]*

By: Beverly G. Reeves
SBN: 16716500
(signed with Bev Reeves permission, by Claude E. Ducloux)
221 West 6th Street, Suite 1000
Austin, TX 78701 78701
(512) 334-4500
ATTORNEYS for THIRD PARTY DEFENDANT DELL, INC.

APPROVED AS TO FORM

*[signature]*

Brian S. Greig
SBN: 08439800
FULBRIGHT & JAWORSKI L.L.P.
600 Congress Avenue Suite 2400
Austin, TX 78701
(512) 536-4510
ATTORNEYS for ATI, et. al., Defendants